CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEHA NIGAM (ILBN 632377)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-6844
 FAX: (415) 436-7200
 Neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-00439 JD |
|   Plaintiff, | **JOINT STIPULATION TO SET CHANGE OF PLEA HEARING AND [~~PROPOSED~~] ORDER** |
|   v. | |
| MICHAEL AGUILERA-CABRERA, | Honorable James Donato |
|   Defendant. | |

  The parties have reached agreement on a plea and respectfully request the Court set a change of plea hearing for March 9, 2026, at 11:00am, subject to the Court's availability. The parties are also available March 16, 2026, at 11:00am.

DATED: February 23, 2026           Respectfully submitted,

                 CRAIG H. MISSAKIAN
                 United States Attorney

                 _/s/_____
                 NEHA NIGAM
                 Assistant United States Attorney

DATED: February 23, 2026

/s/
ANGELA CHUANG
Attorney for Defendant

**[~~PROPOSED~~] ORDER**

A change of plea hearing is hereby set for March 16, 2026 at 11:00am.

IT IS SO ORDERED.

DATED: March 3, 2026

HON. JAMES DONATO
United States District Judge

JOINT STIPULATION AND ~~PROPOSED~~ ORDER      2
25-CR-00439 JD