JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar No. 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant AGUILERA-CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL AGUILERA-CABRERA,<br>Defendant. | **Case No.:** CR 25–439 JD<br><br>**STIPULATION AND ORDER TO CONTINUE** |

The Court recently rescheduled above titled matter for sentencing on August 24, 2026, at 11:00 AM. Undersigned defense counsel will be out on leave and out of the country for several weeks during that time, and is unavailable on that date. The next available date that works for the Court and all parties is September 28. The parties therefore stipulate that the presently scheduled hearing shall be continued to September 28, 2026, at 11:00 AM for sentencing. Undersigned defense counsel has confirmed that the assigned Probation Officer is also available on that date.

//

IT IS SO STIPULATED.

July 7, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
NEHA NIGAM
Assistant United States Attorney

July 7, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANGELA CHUANG
Assistant Federal Public Defender

**ORDER**

For the reasons stated above, the Court CONTINUES this case to September 28, 2026, at 11:00 AM for sentencing.

IT IS SO ORDERED.

DATED: 7/28/2026

JAMES DONATO
United States District Judge